```
                                                    FILED IN THE
                                                  U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF WASHINGTON

                                                    Jun 14, 2019

                                                   SEAN F. MCAVOY, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOPE D., <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:18-CV-3163-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 19. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 4. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, update the medical records and issue a new decision. The ALJ shall: (1) reevaluate Plaintiff's impairments at step two; (2) reevaluate the medical opinion evidence as a whole; (3) reevaluate the subjective testimony; (4) reevaluate Plaintiff's residual

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

functional capacity; and (5) if necessary, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform her past relevant work or other work in the national economy.  Plaintiff may present additional testimony and submit additional evidence.

     2.     **Judgment shall be entered for PLAINTIFF**.

     3.     Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

     4.     An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 14, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2