# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 14, 2019**

SEAN F. McAVOY, CLERK

HOPE D.,

)
)
*Plaintiff*  )
v.  )  Civil Action No.  1:18-CV-3163-JTR
COMMISSIONER OF SOCIAL SECURITY,  )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand (ECF No. 19) is GRANTED.  This case is REVERSED and REMANDED to
the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405
(g).  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   John T. Rodgers   _____ on the parties' Stipulated Motion for
Remand (ECF No. 19).

Date:  June 14, 2019 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb _____